MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez*
600 Brickell Avenue, Suite 1600
Miami, FL 33131
T: (305) 415-3330
F: (305) 415-3331
annemarie.estevez@morganlewis.com

Stephanie Schuster*
Jason Y. Siu (SBN 324147)
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T: (202) 739-3000
F: (202) 739-3001
stephanie.schuster@morganlewis.com
jason.siu@morganlewis.com

**pro hac vice* application to be filed*

*Attorneys for Defendant QVC, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QVC, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-03927<br><br>**DECLARATION OF JASON Y. SIU IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

# DECLARATION OF JASON Y. SIU

I, Jason Y. Siu, declare as follows:

1. I am an associate with the law firm of Morgan, Lewis, & Bockius LLP, counsel for Defendant QVC, Inc. in this action. I make this declaration in support of Defendant's Notice of Removal. I have personal knowledge of the facts set forth in this Declaration or know of such facts from my review of the case documents and the court docket in this matter and other information that is publicly available or provided to me by Defendant. If called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed on May 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of May 2021, in Washington, D.C.

_____
Jason Y. Siu